**Rommell A. RIGGINS, Plaintiff—
Appellant,**

v.

**Kathleen S. GREEN, Warden; Victoria Burkhard, Asst. Warden; G. Chester, Captain; D.O. Cullotta; Latricia Taylor, H.O., Defendants—Appellees.**

No. 09–6812.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 23, 2009.

Decided: July 30, 2009.

Rommell A. Riggins, Appellant Pro Se. Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rommell A. Riggins appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Riggins' motion for appointment of counsel and affirm for the reasons stated by the district court. *Riggins v. Green,* No. 8:08–cv–02305–PJM (D.Md. Apr. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*